AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

|  |  |
|---|---|
| SUFFOLK CONSTRUCTION COMPANY, INC.<br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>SHOMA VILLAGE APARTMENTS, LLC<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 9:25-cv-80719 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SHOMA VILLAGE APARTMENTS, LLC
c/o ERRA REGISTERED AGENTS, LLC
2601 S. BAYSHORE DRIVE
18TH FLOOR
COCONUT GROVE, FL 33133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    SUFFOLK CONSTRUCTION COMPANY, INC.
c/o JUAN DIAZ, GENERAL COUNSEL, SOUTH
426 CLEMATIS STREET
WEST PALM BEACH, FL 33401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*